TALEEN A. ASHBY and JOHN W. ASHBY,

      Appellants,

v.

WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SOUNDVIEW HOME LOAN TRUST 2007-OPT4, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT4,

      Appellee.
_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1046

Opinion filed March 6, 2017.

An appeal from the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Lynn Drysdale, Jacksonville Area Legal Aid, Inc., Jacksonville, for Appellants.

Monika E. Siwiec, Michael Eisenband, Nicole R. Topper, and David Ehrlich of Blank Rome, LLP, Boca Raton, for Appellee.


PER CURIAM.

      AFFIRMED. See Bolous v. U.S. Bank Nat'l Ass'n, 41 Fla. L. Weekly D2448

(Fla. 4th DCA Nov. 2, 2016); Deutsche Bank Nat'l Trust Co. v. Marciano, 190 So.

3d 166 (Fla. 5th DCA 2016).

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.